Michael B. Wilson (SBN 233633)
Khinda Wilson LLP
611 Wilshire Blvd., #325
Los Angeles, CA 90017
Tel: (213) 627-2771
Attorney for Plaintiff David Perry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| David Perry, an individual, | CASE NUMBER |
| --- | --- |
| Plaintiff(s), | 2:17-CV-00316-JAK-PLA |
| v. Diamond Resorts International, a Delaware Corporation; SEE ATTACHED | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) William Warnick, an individual

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff David Perry, an individual.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 02/08/2017 | /s/ Michael B. Wilson |
| --- | --- |
| *Date* | *Signature of Attorney/Party* |

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

Case 2:17-cv-00316   Document 1   Filed 01/13/17   Page 1 of 32   Page ID #:1

1 | Michael B. Wilson (SBN 233633)
2 | michael@khindawilsonllp.com
  | **KHINDA WILSON, LLP**
3 | 611 Wilshire Blvd., Suite 325
4 | Los Angeles, California 90017
  | (213) 627-2771 - Telephone
5 | (213) 443-9449 - Facsimile
6 | Attorneys for PLAINTIFF
7 | DAVID PERRY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRY. an individual.<br><br>Plaintiff.<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; DIAMOND AT KONA REEF, LLC, a Nevada Limited Liability Company; STEPHEN CLOOBECK, an individual; RICHARD CLOOBECK, an individual; WILLIAM WARNICK, an individual; and DOES 1-100,<br><br>Defendants. | CASE NO.: 2:17-CV-00316<br><br>**COMPLAINT FOR:**<br><br>(1) **Breach of Contract;**<br>(2) **Breach of Fiduciary Duty;**<br>(3) **Breach of the Covenant of Good Faith and Fair Dealing;**<br>(4) **Fraud;**<br>(5) **Intentional Interference with Prospective Economic Advantage;**<br>(6) **Negligent Interference with Prospective Economic Advantage;**<br>(7) **Conversion;**<br>(8) **Unjust Enrichment;**<br>(9) **Constructive Fraud;**<br>(10) **Negligent Misrepresentation;** and<br>(11) **Accounting** |