ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
AMIN AL-SARRAF - State Bar No. 265116
aalsarraf@glaserweil.com
GLASER WEIL FINK HOWARD
AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants
Diamond Resorts International, Inc.,
Stephen Cloobeck, Richard Cloobeck

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID PERRY, an individual,

Plaintiff,

v.

DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND AT KONA REEF, LLC, a Nevada limited liability company; STEPHEN CLOOBECK, an individual; RICHARD CLOOBECK, an individual; WILLIAM WARNICK, an individual; and DOES 1-100,

Defendants.

CASE NO.: 2:17-CV-00316

Hon. John A. Kronstadt

**DEFENDANTS DIAMOND RESORTS INTERNATIONAL, INC., STEPHEN CLOOBECK, AND RICHARD CLOOBECK'S ANSWER TO PLAINTIFF'S COMPLAINT**

Glaser Weil

Defendants Diamond Resorts International, Inc., Stephen Cloobeck and Richard Cloobeck ("Defendants") answer the allegations of Plaintiff David Perry's ("Plaintiff") Complaint as follows:

**INTRODUCTION**

1. Defendants admit that Plaintiff brings this action for "damages, injunctive and declaratory relief, quiet title, and any other equitable or legal relief." Defendants deny the remaining allegations contained in the first sentence of Paragraph 1 of the Complaint. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 1 of the Complaint.

**THE PARTIES**

2. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint, and on that basis deny each and every allegation contained therein.

3. Defendants admit the allegations contained in Paragraph 3 of the Complaint.

4. Defendants admit that Diamond at Kona Reef, LLC was a limited liability company organized and operating under the laws of the State of Nevada, with its principal place of business in Las Vegas, Nevada, and that it was formerly known as Three Sticks in Kona, LLC. Defendants deny the remaining allegations contained in Paragraph 4 of the Complaint.

5. Defendants admit the allegations contained in Paragraph 5 of the Complaint.

6. Defendants admit the allegations contained in Paragraph 6 of the Complaint.

7. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint, and on that basis deny each and every allegation contained therein.

Glaser Weil

8. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint, and on that basis deny each and every allegation contained therein.

9. Defendants deny each and every allegation contained in Paragraph 9 of the Complaint.

10. Defendants deny each and every allegation contained in Paragraph 10 of the Complaint.

11. Defendants deny each and every allegation contained in Paragraph 11 of the Complaint.

12. Paragraph 12 of the Complaint contains no allegations to which a response is necessary. To the extent that a response is required, Defendants deny each and every allegation contained in Paragraph 12. In addition, Defendants aver that Plaintiff's attempt to regard all of the named defendants as one, and to conflate their purported obligations, is improper and inaccurate, and therefore justifies the denial of each and every one of the allegations in the Complaint referring to the defendants collectively, as such.

## JURISDICTION

13. The allegations set forth in Paragraph 13 of the Complaint contain legal conclusions with respect to which Defendants can neither admit nor deny. To the extent Paragraph 13 of the Complaint is construed as containing any allegations to which a response is required, Defendants are without sufficient information to form a belief as to the truth of those allegations and, on that basis, Defendants deny each and every allegation contained in Paragraph 13 of the Complaint.

## GENERAL ALLEGATIONS

14. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint, and on that basis deny each and every allegation contained therein. Defendants aver that the Asset and Purchase Agreement ("Agreement"), a full and complete copy of

Glaser Weil

which was not attached to the Complaint, speaks for itself.

15. Defendants admit that, after the date of the Agreement, Three Sticks in Kona, LLC changed its name to Diamond at Kona Reef, LLC. Defendants deny each and every one of the remaining allegations contained in Paragraph 15 of the Complaint.

16. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint, and on that basis deny each and every allegation contained therein.

17. Defendants deny each and every allegation contained in Paragraph 17 of the Complaint. Defendants assert that the Agreement speaks for itself.

18. Defendants deny each and every allegation contained in Paragraph 18 of the Complaint. Defendants assert that the Agreement speaks for itself.

19. Defendants admit the allegations contained in Paragraph 19 of the Complaint. Defendants assert that the Agreement speaks for itself.

20. Defendants deny each and every allegation contained in the first sentence of Paragraph 20 of the Complaint. As to the second sentence, Defendants are without sufficient knowledge or information to form a belief as to what Plaintiff discovered. Defendants admit that DRI merged with Dakota Merger Sub, Inc. in September 2016. Defendants deny each and every allegation contained in the third sentence of Paragraph 20 of the Complaint.

## FIRST CAUSE OF ACTION

## (BREACH OF CONTRACT)

## (Against All Defendants)

21. Defendants incorporate their responses in paragraphs 1 through 20, inclusive, hereof, as if they were fully set forth herein.

22. The allegations set forth in the first sentence of Paragraph 22 of the Complaint contain legal conclusions with respect to which Defendants can neither admit nor deny. To the extent the first sentence of Paragraph 22 of the Complaint is

Glaser Weil
1305805

construed as containing any allegations to which a response is required, Defendants deny each and every allegation contained in Paragraph 22 of the Complaint. Defendants deny each and every allegation contained in the second sentence of Paragraph 22 of the Complaint.

23. Defendants deny each and every allegation contained in Paragraph 23 of the Complaint.

24. Defendants deny each and every allegation contained in Paragraph 24 of the Complaint.

25. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 25, and on that basis deny each and every allegation contained therein. Defendants deny each and every allegation contained in the second sentence of Paragraph 25 of the Complaint.

26. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 26, and on that basis deny each and every allegation contained therein.

27. Defendants deny each and every allegation contained in Paragraph 27 of the Complaint.

**SECOND CAUSE OF ACTION**

**(BREACH OF FIDUCIARY DUTY)**

**(Against All Defendants)**

28. Defendants incorporate their responses in paragraphs 1 through 27, inclusive, hereof, as if they were fully set forth herein.

29. Defendants deny each and every allegation contained in Paragraph 29 of the Complaint.

30. Defendants deny each and every allegation contained in Paragraph 30 of the Complaint.

31. Defendants deny each and every allegation contained in Paragraph 31 of

Glaser Weil

the Complaint.

**THIRD CAUSE OF ACTION**

**(BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING)**

**(Against All Defendants)**

32. Defendants incorporate their responses in paragraphs 1 through 31, inclusive, hereof, as if they were fully set forth herein.

33. Paragraph 33 of the Complaint contains no allegations to which a response is necessary. To the extent that a response is required, Defendants deny each and every allegation contained in Paragraph 33.

34. Defendants deny each and every allegation contained in Paragraph 34 of the Complaint.

35. Defendants deny each and every allegation contained in Paragraph 35 of the Complaint.

36. Defendants deny each and every allegation contained in Paragraph 36 of the Complaint.

37. Defendants deny each and every allegation contained in Paragraph 37 of the Complaint.

**FOURTH CAUSE OF ACTION**

**(FRAUD)**

**(Against Defendants Diamond in Kona Reef, LLC, Stephen Cloobeck and Richard Cloobeck)**

38. Defendants incorporate their responses in paragraphs 1 through 37, inclusive, hereof, as if they were fully set forth herein.

39. Defendants deny each and every allegation contained in Paragraph 39 of the Complaint. Defendants assert that the Agreement speaks for itself.

40. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 40 – including regarding what Plaintiff was "led to believe" – and on that basis deny each and every

Glaser Weil

allegation contained therein.

41. Defendants deny each and every allegation contained in Paragraph 41 of the Complaint.

42. Defendants deny each and every allegation contained in Paragraph 42 of the Complaint.

43. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 43, and on that basis deny each and every allegation contained therein.

44. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 44, and on that basis deny each and every allegation contained therein.

45. Defendants deny each and every allegation contained in Paragraph 45 of the Complaint.

46. Defendants deny each and every allegation contained in Paragraph 46 of the Complaint.

47. Defendants deny each and every allegation contained in Paragraph 47 of the Complaint.

**FIFTH CAUSE OF ACTION**

**(INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE)**

**(Against All Defendants)**

48. Defendants incorporate their responses in paragraphs 1 through 47, inclusive, hereof, as if they were fully set forth herein.

49. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 49, and on that basis deny each and every allegation contained therein.

50. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 50, and on that basis

Glaser Weil

deny each and every allegation contained therein.

51. Defendants deny each and every allegation contained in Paragraph 51 of the Complaint.

52. Defendants deny each and every allegation contained in Paragraph 52 of the Complaint

53. Defendants deny each and every allegation contained in Paragraph 53 of the Complaint.

**SIXTH CAUSE OF ACTION**

**(NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE)**

**(Against All Defendants)**

54. Defendants incorporate their responses in paragraphs 1 through 53, inclusive, hereof, as if they were fully set forth herein.

55. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 55, and on that basis deny each and every allegation contained therein.

56. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 56, and on that basis deny each and every allegation contained therein.

57. Defendants deny each and every allegation contained in Paragraph 57 of the Complaint.

58. Defendants deny each and every allegation contained in Paragraph 58 of the Complaint.

59. Defendants deny each and every allegation contained in Paragraph 59 of the Complaint.

/ / /

/ / /

/ / /

Glaser Weil

**SEVENTH CAUSE OF ACTION**

**(CONVERSION)**

**(Against All Defendants)**

60. Defendants incorporate their responses in paragraphs 1 through 59, inclusive, hereof, as if they were fully set forth herein.

61. The allegations set forth in Paragraph 61 of the Complaint contain legal conclusions with respect to which no response is necessary. Defendants assert that the Agreement speaks for itself. To the extent Paragraph 61 of the Complaint is construed as containing any allegations to which a response is required, Defendants deny each and every allegation contained therein.

62. Defendants deny each and every allegation contained in Paragraph 62 of the Complaint.

63. Defendants deny each and every allegation contained in Paragraph 63 of the Complaint.

64. Defendants deny each and every allegation contained in Paragraph 64 of the Complaint.

65. Defendants deny each and every allegation contained in Paragraph 65 of the Complaint.

**EIGHTH CAUSE OF ACTION**

**(UNJUST ENRICHMENT)**

**(Against All Defendants)**

66. Defendants incorporate their responses in paragraphs 1 through 65, inclusive, hereof, as if they were fully set forth herein.

67. Defendants deny each and every allegation contained in Paragraph 67 of the Complaint.

68. Defendants deny each and every allegation contained in Paragraph 68 of the Complaint.

69. Defendants deny each and every allegation contained in Paragraph 69 of

Glaser Weil

the Complaint.

**NINTH CAUSE OF ACTION**

**(CONSTRUCTIVE FRAUD)**

**(Against All Defendants)**

70. Defendants incorporate their responses in paragraphs 1 through 69, inclusive, hereof, as if they were fully set forth herein.

71. The allegations set forth in Paragraph 71 of the Complaint contain legal conclusions with respect to which no response is necessary. Defendants assert that the Agreement speaks for itself. To the extent Paragraph 71 of the Complaint is construed as containing any allegations to which a response is required, Defendants deny each and every allegation contained therein.

72. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 72, and on that basis deny each and every allegation contained therein.

73. Defendants deny each and every allegation contained in Paragraph 73 of the Complaint.

74. Defendants deny each and every allegation contained in Paragraph 74 of the Complaint.

75. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 75, and on that basis deny each and every allegation contained therein.

76. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 76, and on that basis deny each and every allegation contained therein.

77. Defendants deny each and every allegation contained in Paragraph 77 of the Complaint.

78. Defendants deny each and every allegation contained in Paragraph 78 of the Complaint.

Glaser Weil

79. Defendants deny each and every allegation contained in Paragraph 79 of the Complaint.

**TENTH CAUSE OF ACTION**

**(NEGLIGENT MISREPRESENTATION)**

**(Against All Defendants)**

80. Defendants incorporate their responses in paragraphs 1 through 79, inclusive, hereof, as if they were fully set forth herein.

81. Defendants deny each and every allegation contained in the first, second and fourth sentences of Paragraph 81 of the Complaint. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the third sentence of Paragraph 81, and on that basis deny each and every allegation contained therein.

82. The allegations set forth in Paragraph 82 of the Complaint contain legal conclusions with respect to which no response is necessary. Defendants assert that the Agreement speaks for itself. To the extent Paragraph 82 of the Complaint is construed as containing any allegations to which a response is required, Defendants deny each and every allegation contained therein.

83. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 83, and on that basis deny each and every allegation contained therein.

84. Defendants deny each and every allegation contained in Paragraph 84 of the Complaint.

**ELEVENTH CAUSE OF ACTION**

**(ACCOUNTING)**

**(Against All Defendants)**

85. Defendants incorporate their responses in paragraphs 1 through 84, inclusive, hereof, as if they were fully set forth herein.

86. Defendants deny each and every allegation contained in Paragraph 86 of

the Complaint. Defendants assert that the Agreement speaks for itself.

87. Defendants deny each and every allegation contained in Paragraph 87 of the Complaint. Defendants assert that the Agreement speaks for itself.

88. Defendants deny each and every allegation contained in Paragraph 88 of the Complaint.

89. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 89, and on that basis deny each and every allegation contained therein. Defendants deny each and every allegation contained in the second sentence of Paragraph 89.

90. Defendants deny each and every allegation contained in Paragraph 90 of the Complaint.

## AFFIRMATIVE DEFENSES

Without admitting any wrongful conduct on the part of Defendants, and without admitting that Plaintiff suffered any loss, damage, or injury, Defendants hereby allege the following affirmative defenses. By designating the following affirmative defenses, Defendants do not waive or limit any defenses which are, or may be, raised by their denials, allegations, and averments contained herein. Defendants do not, by alleging any affirmative defense, admit that Plaintiff does not have the burden of proof for any and all facts and/or legal conclusions underlying any of those defenses. The defenses are pled in the alternative and are raised to preserve Defendants' rights to assert such defenses and are raised without prejudice to Defendants' ability to raise other and further defenses

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. Each and every purported claim for relief alleged in the Complaint fails to state a cause of action against Defendants.

/ / /

/ / /

GlaserWeil

**SECOND AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

2. Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

**THIRD AFFIRMATIVE DEFENSE**

**(Estoppel)**

3. Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

**FOURTH AFFIRMATIVE DEFENSE**

**(Waiver)**

4. Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**FIFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

5. Plaintiff, by his acts and omissions, has failed to mitigate his alleged damages.

**SIXTH AFFIRMATIVE DEFENSE**

**(Laches)**

6. Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Failure to Join Indispensable Parties)**

7. Plaintiff failed to join indispensable parties, which are necessary to Plaintiff's prosecution of his claims.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

8. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

Glaser Weil

**NINTH AFFIRMATIVE DEFENSE**

**(Mistake)**

9. Plaintiff's claims are barred, in whole or in part, by the doctrines of mistake of fact or mistake of law.

**TENTH AFFIRMATIVE DEFENSE**

**(Uncertain and Speculative Damages)**

10. Defendants are informed and believe, and thereon allege, that the damages claimed by Plaintiff are uncertain and speculative and thereby preclude calculation and recovery thereof.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Plaintiff's Misconduct or Wrongdoing)**

11. Defendants are informed and believe, and thereon allege, that the damages complained of in the Complaint, if any, were caused by the acts, omissions, and wrongdoing of Plaintiff and/or his employees, agents or predecessors and not any acts, omissions, or wrongdoing by Defendants. Plaintiff is therefore solely responsible for any damages caused thereby.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Acts of Others)**

12. Defendants are informed and believe, and thereon allege, that the damages complained of in the Complaint, if any, suffered by Plaintiff were proximately caused or contributed to by the conduct, acts, omissions, and/or activities of a third party and/or parties either named or unnamed, and any recovery obtained by Plaintiff should be barred and/or reduced according to law, up to and including the whole thereof.

/ / /

/ / /

/ / /

/ / /

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Consent)**

13. Defendants are informed and believe, and thereon allege, that Plaintiff at all times gave Plaintiff's consent, express or implied, to the acts, omissions, and conduct alleged of Defendants in the Complaint.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Ratification)**

14. Defendants are informed and believe, and thereon allege, that Plaintiff ratified the alleged acts of Defendants.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Acquiescence)**

15. Defendants are informed and believe, and thereon allege, that Plaintiff acquiesced to the alleged acts of Defendants.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Defendants Complied with Laws)**

16. Defendants are informed and believe, and thereon allege, that Plaintiff's claims against Defendants are barred because Defendants have complied, or substantially complied, with all applicable laws.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

17. Plaintiff's claims are barred, in whole or in part, because Defendants at all times acted in good faith.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(No Damage)**

18. Defendants are informed and believe, and thereon allege, that Plaintiff has not suffered, and will not suffer, any damages, by virtue of the conduct alleged against Defendants.

/ / /

Glaser Weil

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

19. Plaintiff's claims are barred, in whole or in part, because Plaintiff lacks standing to assert each such cause of action.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Reasonable Justification)**

20. Plaintiff's claims are barred, in whole or in part, because Defendants' actions were reasonably justified and/or privileged.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Statute of Frauds)**

21. Plaintiff's claims are barred, in whole or in part, by the statute of frauds.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Satisfaction)**

22. Plaintiff's claims are barred, in whole or in part, because they have been satisfied, in whole or in part.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Full Performance)**

23. Plaintiff's claims are barred, in whole or in part, because Defendants have fully performed any and all of their respective obligations to the extent any such obligations existed.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Prevention of Performance)**

24. Plaintiff's claims are barred, in whole or in part, by virtue of the acts, omissions and conduct of Plaintiff, and/or others, which prevented, impaired, impeded and/or delayed Defendants' performance alleged in the Complaint.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(Failure of Conditions Precedent)**

25. Plaintiff's claims are barred, in whole or in part, because there was a

Glaser Weil

partial or total failure of any and all conditions precedent to the agreements alleged in the Complaint and/or the performance thereof.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Failure of Conditions Subsequent)**

26. Plaintiff's claims are barred, in whole or in part, because there was a partial or total failure of any and all conditions subsequent to the agreements alleged in the Complaint and/or the performance thereof.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Failure of Conditions Concurrent)**

27. Plaintiff's claims are barred, in whole or in part, because there was a partial or total failure of any and all conditions concurrent to the agreements alleged in the Complaint and/or the performance thereof.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Punitive Damages Not Permitted)**

28. Plaintiff is not permitted to seek punitive damages in this case.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

**(Reservation of Rights)**

29. Defendants are informed and believe, and thereon allege, that because the Complaint herein is couched in conclusory terms, Defendants presently have insufficient knowledge or information on which to form a belief as to whether they may have additional, as yet unstated, affirmative defenses available and cannot fully anticipate all affirmative defenses that may be applicable to them in this action. Accordingly, the right to assert additional affirmative defenses, if and to the extent such affirmative defenses are applicable, is hereby reserved.

**PRAYER**

Wherefore, Defendants pray as follows:

1. That Plaintiff takes nothing by virtue of his Complaint;

2. That the Complaint and each cause of action therein be dismissed with



Glaser Weil

prejudice;

3. That Defendants be awarded costs of suit herein, including attorney's fees; and

4. For such other and further relief as the Court deems just and proper.

DATED: March 6, 2017

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Andrew Baum
ANDREW BAUM
AMIN AL-SARRAF
Attorneys for Defendants Diamond Resorts International, Inc., Stephen Cloobeck and Richard Cloobeck

Glaser Weil

**DEMAND FOR JURY TRIAL**

Defendants Diamond Resorts International, Inc., Stephen Cloobeck and Richard Cloobeck demand a jury trial.

DATED: March 6, 2017

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Andrew Baum
ANDREW BAUM
AMIN AL-SARRAF
Attorneys for Defendants Diamond Resorts International, Inc., Stephen Cloobeck and Richard Cloobeck

Glaser Weil