Michael B. Wilson (SBN 233633)
Khinda Wilson LLP
611 Wilshire Blvd., #325
Los Angeles, CA 90017
Tel: (213) 627-2771
Attorney for Plaintiff David Perry

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| David Perry, an individual, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:17-CV-00316-JAK-PLA |
| v. Diamond Resorts International, a Delaware Corporation; SEE ATTACHED | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Diamond at Kona Reef, LLC, a Nevada Limited Liability Company

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff David Perry, an individual.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 03/27/2017 | /s/ Michael B. Wilson |
|---|---|
| *Date* | *Signature of Attorney/Party* |

*NOTE: F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

Michael B. Wilson (SBN 233633)
michael@khindawilsonllp.com
**KHINDA WILSON, LLP**
611 Wilshire Blvd., Suite 325
Los Angeles, California 90017
(213) 627-2771 - Telephone
(213) 443-9449 - Facsimile

Attorneys for PLAINTIFF
DAVID PERRY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRY. an individual.<br><br>Plaintiff.<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; DIAMOND AT KONA REEF, LLC, a Nevada Limited Liability Company; STEPHEN CLOOBECK, an individual; RICHARD CLOOBECK, an individual; WILLIAM WARNICK, an individual; and DOES 1-100,<br><br>Defendants. | CASE NO.: 2:17-CV-00316<br><br>**COMPLAINT FOR:**<br><br>**(1) Breach of Contract;**<br>**(2) Breach of Fiduciary Duty;**<br>**(3) Breach of the Covenant of Good Faith and Fair Dealing;**<br>**(4) Fraud;**<br>**(5) Intentional Interference with Prospective Economic Advantage;**<br>**(6) Negligent Interference with Prospective Economic Advantage;**<br>**(7) Conversion;**<br>**(8) Unjust Enrichment;**<br>**(9) Constructive Fraud;**<br>**(10) Negligent Misrepresentation; and**<br>**(11) Accounting** |